JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT OROPEZA,<br><br>                Plaintiff,<br><br>       vs.<br><br>FORD MOTOR COMPANY and DOES 1 through 10, inclusive,<br><br>                Defendants. | CASE NO.: 8:20-cv-00286<br><br>(Removed from Orange County Superior Court Case No. 30-2020-01123228-CU-BC-CJC)<br><br>**ORDER OF DISMISSAL** |

Plaintiff SCOTT OROPEZA and defendant FORD MOTOR COMPANY, by and through their respective attorneys of record, stipulate that the entire action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties further stipulate that each side shall be responsible for and bear its own costs, expenses and attorney's fees.

THEREFORE, IT IS ORDERED that the entire action is dismissed with prejudice.

Dated: August 26, 2021    By: _____
HON. ANDRE BIROTTE JR.
UNITED STATES DISTRICT
COURT JUDGE

24963560v1

4